UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RENALDO JAMES TAYLOR**                                                     **CIVIL ACTION**

**VERSUS**                                                                                       **NUMBER: 23-1251**

**JEFFERSON PARISH SHERIFF'S OFFICE, ET AL.**          **SECTION: "A" (5)**

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 15), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983 against the Jefferson Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915A.

New Orleans, Louisiana, this 29th day of September, 2023.

_____
**UNITED STATES DISTRICT JUDGE**